# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JERRY DENNARD HOLLOWAY
aka STEPHAN DARRELL WILLIAMSON,

    Petitioner

vs.

STATE OF NEVADA, *et al.*,

    Respondents

Case No. 2:17-cv-01416-JAD-CWH

**Order Dismissing Action**

This is a *pro se* petition for a writ of habeas corpus filed under 28 U.S.C. § 2254 by a Nevada state prisoner. Neither a filing fee nor an application to proceed *in forma pauperis* was submitted with the petition. When filing a habeas action, petitioner must either submit the $5.00 filing fee for habeas petition or an application to proceed *in forma pauperis*. Due to the lack of an *in forma pauperis* application or filing fee, this case will be dismissed without prejudice to the filing of a new petition in a new action with a pauper application with all required attachments. It does not appear from the papers presented that a dismissal without prejudice would result in a promptly-filed new petition being untimely.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice to the filing of **a new petition in a new action**. Petitioner at all times remains responsible for calculating the running of the limitations period as applied to his case and properly commencing a timely-filed habeas corpus action.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send petitioner the following: (1) two copies of an *in forma pauperis* application form for a prisoner and one copy of the instructions for the application, (2) two copies of a blank 28 U.S.C. § 2254 habeas petition form and one copy of instructions for the petition; and (3) a copy of the petition (ECF No. 1-1).

**IT IS FURTHER ORDERED** that **petitioner may file a new petition in a new action, but <u>may not file any more documents in this action</u>**.

1 | **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.** Reasonable jurists would not find the dismissal of the improperly-commenced action without prejudice to be debatable or wrong.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall enter judgment accordingly and close this case.

DATED: May 31, 2017

_____
Jennifer A. Dorsey
United States District Judge